JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO SAAVEDRA,<br><br>    Plaintiff,<br><br>  v.<br><br>FOOTHILL SHOPPING CENTER LP, a California Limited Partnership; SARA MANAGEMENT CO. INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-02525-BRO-KK<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 18, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE